# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LUIS C. VERDECIAS,

        Plaintiff,

v.                                               Case No. **20-cv-1776**

BSI FINANCIAL SERVICES INC,

        Defendant.

## THIRD AMENDED SCHEDULING ORDER

On March 14, 2023 the court conducted a scheduling conference in accordance with Fed. R. Civ. P. 16. Appearing on behalf of the plaintiff was Attorney Rollie R. Hanson; on behalf of the defendant was Attorney Sara M. Schmeling.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. The parties are to disclose information concerning expert witnesses in accordance with Fed. R. Civ. P. 26. Plaintiff's expert witnesses together with reports, are to be filed no later than **July 14, 2023**. Defendant's expert witnesses together with reports, are to be filed no later than **September 15, 2023**.

2. All requests for discovery must be served by a date sufficiently early so that all discovery in this case can be completed no later than **November 1, 2023**.

3. All dispositive pretrial motions together with briefs are to be filed in accordance with Civil L.R. 56, and no later than **December 4, 2023**. Such motions shall not be filed prior to the date of completion of discovery.

4. If no dispositive motions are filed, the court will schedule a telephonic scheduling conference soon after the dispositive motion deadline to discuss further scheduling of the case. If dispositive motions are filed, the court will schedule a telephonic scheduling conference after resolving such motions to discuss further scheduling if resolution of the motions does not dispose of the case in its entirety.

5. If the parties are in need of any assistance, they are directed to contact the appropriate Courtroom Deputy for their case. Courtroom Deputy Evan Romel is responsible for all matters in which the case number ends in an even number and can be reached at 414-297-3298; Evan_Romel@wied.uscourts.gov.

6. All other terms of the Scheduling Order shall remain the same.

Dated at Milwaukee, Wisconsin this 21st day of March, 2023.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge