UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

LUIS C. VERDECIAS,

    Plaintiff,                                    Case No. 2:20-cv-01776-NJ

v.

BSI FINANCIAL SERVICES,

    Defendant.
_____/

## BSI'S CORPORATE DISCLOSURE STATEMENT

The undersigned, counsel of record for Defendant Servis One, Inc. d/b/a BSI Financial Services (sued herein as BSI Financial Services) ("BSI"), furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

**1. Full Name of Represented Parties:**     Servis Onc, Inc. d/b/a BSI Financial Services

**2. Corporate Status:**

    a. BSI is a wholly owned subsidiary of BSI Financial Holdings, Inc. ("BSI Holdings"), a Delaware corporation.

    b. BSI Holdings is a privately-owned corporation, and no publicly held corporation owns ten percent (10%) or more of the stock of BSI Holdings.

**3. Law Firms Expected to Appear:**     Maurice Wutscher, LLP

Dated: August 30, 2023                           Respectfully submitted,

                                                            /s/ Donald Maurice
                                                             Donald Maurice (NY Bar 5065073)
                                                             5 Walter Foran Blvd., Suite 2007
                                                             Flemington, New Jersey 08822
                                                             Tel. (908) 237-4570
                                                             dmaurice@mauricewutscher.com